454 A.2d 163

Commonwealth v. Gavel, Appellant.

 Argued April 7, 1982. F. Fitzpatrick, Jr., for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

610

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., dissented.